

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Darcy L. LaPier,   Case No. 6:18-bk-03643-KSJ
   Chapter 7
_____Debtor._____/
Marie E. Henkel, Chapter 7 Trustee

   Plaintiff,

v.   Jointly Administered Under
   Adv. Proc. No. 6:19-ap-00107-KSJ
Darcy L. LaPier,

_____Defendant._____/
Marie E. Henkel, Chapter 7 Trustee

   Plaintiff,

v.

Darcy L. LaPier, Dash ta da Moon, LLC, Barn Door Enterprises, LLC, and the Darcy LaPier Snodgrass Trust,

_____Defendants._____/

### AGREED JUDGMENT DENYING DEBTOR'S DISCHARGE

CAME ON TO BE CONSIDERED the Trustee's *Complaint Objecting to Discharge Under 11 U.S.C. § 727* (the "Complaint") filed herein on March 29, 2019 [Docket No. 1] by the duly

appointed and acting chapter 7 trustee, Marie E. Henkel (the "<u>Trustee</u>").  The Trustee and Darcy L. LaPier (the "<u>Debtor</u>") have agreed to the terms of this Judgment.  The Court finds that it has jurisdiction over the claims and defenses asserted in the Complaint.  The Court further finds that this Adversary Proceeding constitutes a core proceeding pursuant to 28 U.S.C. § 157(a)(2).  The Court further finds good cause to grant the relief requested herein.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Debtor's discharge is hereby denied pursuant to 11 U.S.C. § 727 pursuant to agreement of the Debtor.

2. This Judgment shall constitute a final judgment.  Nothing contained herein affects in any manner the Trustee's claims and causes of action asserted in Adversary Proceeding originally assigned No. 19-00193 pending before this Court.

3. This Court retains jurisdiction to enforce and interpret this Judgment.

###

Counsel for the Trustee is directed to serve a copy of this judgment on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Judgment.

**AGREED AS TO FORM AND CONTENT:**

| | |
|---|---|
| **GRAY REED & McGRAW LLP** | **SNELL & SNELL, P.A.** |
| By:/s/ *Micheal W. Bishop* | By: /s/ *Walter J. Snell* |
|    Micheal W. Bishop (admitted *pro hac vice*) |    Walter J. Snell |
|    Texas Bar No. 02354860 |    Florida Bar No. 729360 |
|    Lydia R. Webb (admitted *pro hac vice*) | 436 N Peninsula Drive |
|    Texas Bar No. 24083758 | Daytona Beach, FL 32118 |
|    Amber M. Carson (admitted *pro hac vice*) | Telephone: (386) 255-5334 |
|    Texas Bar No. 24075610 | Facsimile: (386) 255-5335 |
| 1601 Elm Street, Suite 4600 | Email: snellandsnell@mindspring.com |
| Dallas, Texas 75201 | |
| Telephone: (214) 954-4135 | **COUNSEL TO DEFENDANT DARCY L. LAPIER** |
| Facsimile: (214) 953-1332 | |
| Email: mbishop@grayreed.com | |
|       lwebb@grayreed.com | |
|       acarson@grayreed.com | |
| | _____ |
| - and – | Darcy L. LaPier, Debtor |
| **M. E. HENKEL, P.A.** | |
|    Kristen Laurel Henkel | |
|    Florida Bar No. 81858 | |
| 3560 S. Magnolia Ave. | |
| Orlando, Florida 32806 | |
| Telephone: (407) 438-6738 | |
| Facsimile: (407) 858-9466 | |
| Email: khenkel@mehenkel.com | |
| **SPECIAL COUNSEL TO THE TRUSTEE** | |

4845-2581-0123.1

