| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-03643-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Sep 21 16:31:48 EDT 2020 | Gray Reed & McGraw LLP<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201-7212 | Mezetti Financial Services, Inc.<br>c/o Alvarez, Winthrop, Thompson, & Store<br>Po Box 3511<br>Orlando, FL 32802-3511 |
| Wireless Receivables Acquisition Group, LLC<br>c/o Roetzel & Andress, LPA<br>Paul A. Giordano<br>2320 First<br>Fort Myers, FL 33901-2904 | AKT CPA Firm<br>Attn: Bankruptcy Dept<br>5665 Meadow Rd, Ste. 200<br>Lake Oswego, OR 97035-3131 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| ARS National Services, Inc.<br>Attn: Bankruptcy Dept.<br>PO Box 463023<br>Escondido, CA 92046-3023 | Alan M. Sprinrad<br>Attn: Bankruptcy Dept.<br>111 SW 5th Ave, Ste 300<br>Portland, OR 97204-3649 | Alpha Credit Solutions, LLC<br>c/o Mary Collins R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 |
| American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Asset Mgmt. Outsourcing, Inc<br>Attn: Bankruptcy Dept.<br>5655 Peachtree Parwkay<br>Suite 213<br>Norcross, GA 30092-2828 |
| Atlas Financial<br>Attn: Bankruptcy Dept.<br>3305 Main St., Ste. 300<br>Vancouver, WA 98663-2251 | B.D. Bear Alaska, LLC<br>PO Box 3170<br>Wilsonville, OR 97070-3170 | Bank of America<br>Attn: Bankruptcy Dept.<br>275 S. Valencia<br>Brea, CA 92823-6340 |
| Bank of America<br>Attn: Bankruptcy Dept.<br>450 American Street<br>Simi Valley, CA 93065-6285 | Banner Bank<br>10 South First Avenue<br>Walla Walla, WA 99362-1942 | Banner Bank<br>c/o Kimberley Hanks McGair<br>121 Southwest Morrison St<br>Ste. 600<br>Portland, OR 97204-3136 |
| Buggsi Hospitality Group LLC<br>Attn: Bankruptcy Dept.<br>PO Box 1670<br>Wilsonville, OR 97070-1670 | Cavalry Portfolio Services<br>500 Summit Lake Dr, Ste 400<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Charles A. Ford<br>4248 Galewood Street<br>Lake Oswego, OR 97035-2405 | Chase Bank<br>c/o Pinnacle Credit Services<br>Attn: Bankruptcy Dept.<br>7900 Highway 7 #100<br>Minneapolis, MN 55426-4045 | Citi Corp<br>Attn: Bankruptcy Dept.<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| CitiBank<br>c/o Isaac L. Hammer, Esq.<br>PO box C-90006<br>Bellevue, WA 98009 | Clackamas County<br>Attn: Bankruptcy Dept.<br>807 Main Street<br>Oregon City, OR 97045-1892 | Client Services, Inc.<br>Attn: Bankruptcy Dept.<br>3451 Harry S Truman Blvd<br>Saint Charles, MO 63301-9816 |
| Credco<br>Attn: Bankruptcy Dept.<br>12395 First American Way<br>Poway, CA 92064-6897 | DB Rental Properties, LLC<br>c/o Mary Collins R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 | Darcy's Riverfront Estates<br>c/o Mary Collins R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 |

EXHIBIT C

| | | |
|---|---|---|
| Dennis Snodgrass<br>19566 Greenlakes Loop<br>Bend, OR 97702-1092 | Developers Surety &Indemnity<br>c/o Steven F. Cade, Esq.<br>1515 SW Fifth Avenue<br>Suite 600<br>Portland, OR 97201-5449 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Experian Business Credit<br>c/o Bankruptcy Dept.<br>475 Anton Boulevard<br>San Jose, CA 95131 | Fidelity Collection Services<br>Attn: Bankruptcy Dept.<br>327 E. Main Street<br>Hillsboro, OR 97123-4022 | First Franklin Mortgage<br>Attn: Bankruptcy Dept.<br>2150 N. 1st Street<br>San Jose, CA 95131-2020 |
| Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GAP<br>Attn: Bankruptcy Dept.<br>PO Box 103065<br>Roswell, GA 30076 |
| GC Services<br>Attn: Bankruptcy Dept.<br>10040 N. 25th, Ste. 200<br>Phoenix, AZ 85021-0631 | GECRB<br>Attn: Bankruptcy Dept.<br>PO Box 981400<br>El Paso, TX 79998-1400 | GMAC<br>Attn: Bankruptcy Dept.<br>PO Box 381168<br>Germantown, TN 38183-1168 |
| GMAC<br>Attn: Bankrupty Dept.<br>PO Box 12699<br>Glendale, AZ 85318 | GMAC Mortgage<br>Attn: Bankruptcy Dept.<br>PO Box 4622<br>Waterloo, IA 50704-4622 | Gary G. Norris<br>1006 NE 3rd St., Ste. A<br>McMinnville, OR 97128-4402 |
| Glelsi/Key Bank<br>PO Box 7860<br>Madison, WI 53707-7860 | Golf Savings Bank<br>c/o CT Corp, R/A<br>388 State St., Ste. 420<br>Salem, OR 97301-3581 | HSBC/Saks<br>Attn: Bankruptcy Dept.<br>2012 Corporate Ln., Ste. 108<br>Naperville, IL 60563-0726 |
| Imperial Capital Bank<br>Attn: Bankruptcy Dept.<br>88 Prospect St., Ste. 110<br>La Jolla, CA 92037 | Imperial Capital Bank<br>c/o CT Corp Sys R/A<br>388 State St., Ste. 420<br>Salem, OR 97301-3581 | Imperial Thrift Loan<br>Attn: Bankruptcy Dept.<br>700 N. Central Ave., Ste 600<br>Glendale, CA 91203-3438 |
| Indmac Venture, LLC<br>c/o Orrick Herrington &<br>Sutcliffe, LLP<br>701 Fifth Ave., Stel 5600<br>Seattle, WA 98104-7097 | Indymac Bank<br>888 East Walnut St<br>Pasadena, CA 91101-1895 | Indymac Bank<br>c/o Justin D. Leonard, Esq.<br>1 SW Columbia St, Ste 1010<br>Portland, OR 97258 |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Key Bank<br>Attn: Bankruptcy Dept.<br>PO Box 16430<br>Boise, ID 83715-6430 |
| Key Bank of Oregon<br>Attn: Bankruptcy Dept.<br>1222 SW 6th Ave, Ste 200<br>Portland, OR 97204-1098 | LKS Investments LLC<br>c/o Mary Collins R/A<br>PO box 3170<br>Wilsonville, OR 97070-3170 | Lamplight Capital & Asset Management, LLC<br>c/o Jeffrey M. Horton<br>10375 Richmond Avenue, Suite 1010<br>Houston, TX 77042-4693 |

```
Lane Powell Law Firm                  (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Lyon Crown Ridge, LLC
Attn: Bankruptcy Dept.                ATTN BANKRUPTCY UNIT                            c/o Mary Collins R/A
888 SW 5th Ave, Ste 1600              PO BOX 54110                                    PO Box 3170
Portland, OR 97204-2030               LOS ANGELES CA 90054-0110                       Wilsonville, OR 97070-3170


(p)M&T BANK                           MFS                                             MT& Bank
LEGAL DOCUMENT PROCESSING             PO Box 59595                                    Attn: Bankruptcy Dept.
626 COMMERCE DRIVE                    San Jose, CA 95159-0595                         PO Box 1404
AMHERST NY 14228-2307                                                                 Lake Oswego, OR 97035-0541


Madison Investment Prop. LLC          Markowitz, Herbold, Glade                       Metro Area
c/o Mary Collins R/A                  & Mehlhaf                                       Attn: Bankruptcy Dept.
PO Box 3170                           3000 Pacwest Center                             1935 Washington
Wilsonville, OR 97070-3170            1211 SW Fifth Avenue                            2780 SE Harrison St., #204
                                      Portland, OR 97204-3730                         Portland, OR 97222-7574


Metro Area Collections                Mezzetti Financial Svcs, Inc                   Multnomah County
3200 SE Maple Street                  c/o Holmes & Usoz, LLP                          Attn: Bankruptcy Dept.
Portland, OR 97267-1445               333 W. Santa Clara St.                          501 SE Hawthorne Blvd
                                      Suite 805                                       Portland, OR 97214-3587
                                      San Jose, CA 95113-1765


NBGL - Saks (HSBC)                    NMS Investments, LLC                            National City
Attn: Bankruptcy Dept.                c/o Mary Collins,R/A                            Attn: Bankruptcy Dept.
2012 Corporate Ln, Ste 108            8840 SW Holly Ln, Ste 100                       1 Cascade Plaza
Naperville, IL 60563-0726             Wilsonville, OR 97070-9800                      Akron, OH 44308-1136


Nationwide Credit Inc                 New England Cord Blood Bank                     Northland Group, Inc.
Attn: Bankruptcy Dept.                Attn: Bankruptcy Dept.                          Attn: Bankruptcy Dept.
2002 Summit Blvd, Ste 600             153 Needham St, Bldg 1                          PO Box 390846
Atlanta, GA 30319-1559                Newton Upper Falls, MA 02464-1505               Minneapolis, MN 55439-0846


OTAK Architechs                       (p)ONPOINT COMMUNITY CREDIT UNION               OnPoint Credit Union
Attn: Bankruptcy Dept.                PO BOX 3750                                     Attn: Bankruptcy Dept.
808 SW Third Ave, Ste 300             PORTLAND OR 97208-3750                          2701 NW Vaugn
Portland, OR 97204-2426                                                               Portland, OR 97210-5387


OnPoint Credit Union                  One West Bank                                   Oregon Telco
Attn: Bankrutcy Dept.                 Attn: Bankruptcy Dept.                          Attn: Bankruptcy Dept.
401 Wilshire Blvd., Floor 3           401 Wilshire Blvd, Floor 3                      2121 SW 4th Avenue
Santa Monica, CA 90401-1416           Portland, OR 97208                              Portland, OR 97201-4904


PNC Bank                              Parr Lumber                                     Parr Lumber Company
Attn: Bankruptcy Dept.                Attn: Bankruptcy Dept.                          c/o ScwabeWilliamson & Wyatt
1 Cascade Plaza                       5630 NW Century Blvd                            Attn: Bankruptcy Dept.
Akron, OH 44308-1198                  Hillsboro, OR 97124-8620                        1211 SW Fifth Ave, Ste 1900
                                                                                      Portland, OR 97204-3719


Perkins Coie Law Firm                 Professional Credit                             Professional Credit Services
Attn: Bankruptcy Dept.                400 International Way                           Attn: Bankruptcy Dept.
1120 NW Couch St, Floor 10            Springfield, OR 97477-7004                      400 International Way
Portland, OR 97209-4128                                                               1485 Market Street
                                                                                      Springfield, OR 97477-3337
```

| | | |
|---|---|---|
| Protection Junction LLC<br>c/o Daniel E. Powell, R/A<br>16869 SW 65th Ave, #116<br>Lake Oswego, OR 97035-7865 | RBC Bank<br>Attn: Bankruptcy Dept.<br>PO Box 986<br>Newark, NJ 07184-0001 | RBC Real Estate Finance Inc<br>c/o Dennis M. Paterson, III<br>1300 SW Fifth Avenue<br>Portland, OR 97201-5667 |
| RBC Real Estate Finance Inc.<br>c/o Kimberly Lynn McCullough<br>PO Box 40585<br>Portland, OR 97240-0585 | RBC Real Estate Finance, Inc<br>c/o Davis Wright Tremaine LL<br>Attn: Bankruptcy Dept.<br>1300 SW Fifth Ave, Ste 2400<br>Portland, OR 97201-5682 | RCT Residential Fund Ltd Ptr<br>8840 SW Holly Lane, Ste 100<br>Wilsonville, OR 97070-9800 |
| Ray Klein, Inc.<br>400 International Way #100<br>Springfield, OR 97477-7004 | Robin Investements, LLC<br>c/o Mary Collins R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 | Samuels Yoelin Kantor Seymor<br>Attn: Bankruptcy Dept.<br>111 SW 5th Ave, Ste 3800<br>Portland, OR 97204-3642 |
| Samuels Yoelin Kantor Seymor<br>c/o Alan M. Spinrad, Esq.<br>111 SW 5th Ave, Ste 3800<br>Portland, OR 97204-3642 | Sequoia Crossing LLC<br>c/o Mary Collins R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 | Sequoia Custom Homes, LLC<br>c/o Mary Collins, R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 |
| Sequoia Landing Partners LLC<br>c/o Alan M. Spinrad, R/A<br>4640 SW Macadam Ave, Ste 200<br>Portland, OR 97239-4232 | Sequoia Property Dev LLC<br>c/o Mary Collins, R/A<br>8840 SW Holly Lane, Ste 100<br>Wilsonville, OR 97070-9800 | Sequoia's Causey Villiage<br>Condominiums LLC<br>c/o Sequoia Custom Home R/A<br>PO Box 3154<br>Wilsonville, OR 97070-3154 |
| Shannon Gozzi<br>c/o Charles A. Ford, Esq.<br>101 SW Main St., Ste. 805<br>Portland, OR 97204-3217 | Springfield Finacnial Svcs<br>Attn: Bankruptcy Dept.<br>9141 SE Powell Blvd<br>Portland, OR 97266-1942 | Stephen J. Bedor<br>4248 Galewood Street<br>Lake Oswego, OR 97035-2405 |
| Sterling Savings Bank<br>Attn: Bankruptcy Dept.<br>111 N. Wall Street<br>Spokane, WA 99201-0609 | Sterling Savings Bank<br>c/o James P. Laurick<br>732 NW 9th Avenue<br>Portland, OR 97209 | Sterling Savings Bank<br>c/o Mark B. Comstock, Esq.<br>1011 Commerical St NE<br>Salem, OR 97301-1049 |
| Sterling Savings Bank<br>c/o Sanford R. Landress Esq<br>1515 SW 5th Ave, Ste. 600<br>Portland, OR 97201-5449 | Stewart Sokol & Gray LLC<br>Attn: Bankruptcy Dept.<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201-5047 | TNB - Target<br>Attn: Bankruptcy Dept.<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| Tammy J. Runyon<br>15555 Strong Road<br>Dallas, OR 97338-9484 | The Insco/DICO Group<br>17771 Cowan, Ste 100<br>Irvine, CA 92614-6044 | The Insco/Dico Group<br>Attn: Bankruptcy Dept.<br>17780 Fitch, Ste 200<br>Irvine, CA 92614-6060 |
| The Village at Sequoia<br>Landing, LLC<br>c/o Mary Collins R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 | Tonkin Torp Law Firm<br>Attn: Bankruptcy Dept.<br>888 SW 5th Ave, Ste 1600<br>Portland, OR 97204-2030 | Tribe Investments LLC<br>c/o Mary Collins, R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 |

| | | |
|---|---|---|
| Umpqua Bank<br>Attn: Bankruptcy Dept.<br>PO Box 2203<br>Roseburg, OR 97470-0452 | Union Bank, N.A.<br>Attn: Bankruptcy Dept<br>8155 Mercury Court<br>San Diego, CA 92111-1227 | United Collection Bureau Inc<br>5620 Southwyck Blvd<br>Toledo, OH 43614-1501 |
| United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | (p)UNITUS COMMUNITY CREDIT UNION<br>P O BOX 1937<br>PORTLAND OR 97207-1937 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Wells Fargo<br>Attn: Bankruptcy Dept.<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | Wells Fargo<br>Attn: Bankruptcy Dept.<br>PO Box 10335<br>Des Moines, IA 50306-0335 | West Coast Bank<br>Attn: Bankruptcy Dept.<br>PO Box 8000<br>Wilsonville, OR 97070-8000 |
| Wilsonville Investors, LLC<br>c/o David P Weiner, R/A<br>500 E. Broadway, Ste 110<br>Vancouver, WA 98660-3323 | Wireless Receivables Acquisition Group, LLC<br>6700 S. Centinela Blvd.<br>Third Floor<br>Culver City, CA 90230-6304 | Yamhill County<br>Attn: Bankruptcy Dept.<br>535 E. 5th Street<br>McMinnville, OR 97128-4523 |
| Zeus Holdings, LLC<br>c/o Mary Collins, R/A<br>PO Box 3170<br>Wilsonville, OR 97070-3170 | Darcy L. LaPier<br>36550 NE Wilsonville Road<br>Newberg, OR 97132-7107 | Kristen L. Henkel<br>M. E. Henkel, P.A.<br>3560 S. Magnolia Ave.<br>Orlando, FL 32806-6214 |
| Marie E. Henkel<br>3560 South Magnolia Avenue<br>Orlando, FL 32806-6214 | Walter J Snell<br>Snell & Snell, P.A.<br>436 N Peninsula Drive<br>Daytona Beach, FL 32118-4038 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American General Finance<br>Attn: Bankruptcy Dept.<br>9141 SE Powell Blvd.<br>Portland, OR 97266 | Elan Financial Service<br>PO Box 790084<br>Saint Louis, MO 63179 | Los Angeles County<br>Attn: Bankruptcy Dept.<br>500 W. Temple Street<br>Los Angeles, CA 90012 |
| M&T Bank<br>Attn: Bankruptcy Dept.<br>PO Box 64679<br>Baltimore, MD 21264 | OnPoint Community Credit Union<br>PO Box 3750<br>Portland  OR  97208 | Unitus Comm Credit Union<br>Attn: Bankruptcy Dept.<br>1300 SW 6th Ave.<br>Portland, OR 97201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alyssa R Stevens    (u)Ronald J. Rice

End of Label Matrix
Mailable recipients   136
Bypassed recipients     2
Total                 138