**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-03643 | Judge: | Karen S Jennemann | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|
| Case Name: | Darcy L. LaPier | | KSJ | Date Filed (f) or Converted (c): | 06/18/2018 (f) |
| | | | | 341(a) Meeting Date: | 07/24/2018 |
| For Period Ending: | 09/30/2020 | | | Claims Bar Date: | 10/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Christian Lacroix sunglasses (u) | 0.00 | 100.00 | | 0.00 | 100.00 |
| 25. 13 Designer Handbags (u) | 0.00 | 3,085.00 | | 0.00 | 3,085.00 |
| 26. 70 Rodeo/Western Shirts (u) | 0.00 | 2,100.00 | | 0.00 | 2,100.00 |
| 27. 25 Bandanas & Scarves (u) | 0.00 | 125.00 | | 0.00 | 125.00 |
| 28. 7 pair leather rodeo gloves (u) | 0.00 | 280.00 | | 0.00 | 280.00 |
| 29. 50 pair designer jeans (u) | 0.00 | 1,750.00 | | 0.00 | 1,750.00 |
| 30. 2015 Bloomer Horse Trailer (u) | 0.00 | 68,000.00 | | 0.00 | 68,000.00 |
| 31. Proceeds from sale by Debtor of 2008 Bloomer Horse Trailer (u) | | 25,000.00 | | 0.00 | 25,000.00 |
| TOTALS (Excluding Unknown Values) | $2,500.00 | $289,577.00 | | $0.00 | $289,577.00 |
| | | | | (Total Dollar Amount in Column 6) | Gross Value of Remaining Assets |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

```
07/11/18  Notice of Asset
09/22/18  Motion to extend time to object to discharge
10/12/18  Application to employ special counsel (Gray Reed & McGraw)
10/15/18  Order authorizing employment of special counsel (Gray Reed & McGraw)
10/16/18  Notice of 2004 exam of debtor (11/19/18 @ 9am)
11/16/18  Application to employ special counsel (M E Henkel PA)
          Notice of rescheduled 2004 exam of debtor
11/20/18  Motion to appear pro hac by Micheal W. Bishop, Amber M. Carson & Lydia R. Webb
          Order granting application to employ special counsel
12/06/18  2nd Agreed Motion to extend time to object to discharge
01/18/19  Order granting 2nd Agreed Motion to extend time to object to discharge
02/20/19  3rd Agreed Motion to extend time to object to discharge
03/15/19  Order granting 3rd Agreed Motion to extend time to object to discharge
03/29/19  Complaint objecting to discharge 19-ap-107
05/23/19  Complaint seeking to establish alter ego 19-ap-193
06/25/19  Debtor's motion for extension of time to respond to adversary 19-ap-193
07/10/19  Debtor's motion to dismiss adversary 19-ap-193
07/15/19  Agreed Motion to consolidate adversaries
07/18/19  Agreed Motion to extend time to respond to motion to dismiss adversary 19-193
07/29/19  Order granting agreed motion to consolidate adversaries
08/01/19  Agreed Order to consolidate adversaries
10/10/19  Application to employ appraiser
          Order approving application to employ appraiser
10/17/19  Agreed Order to allow filing of amended complaint
          Amended complaint for declaration of alter ego, determining property of the estate, turnover & accounting
Discovery ongoing - trial scheduled 4/27/2020
4 day trial scheduled to commence 9/24/2020
06/12/20  Adversary vs. Donna Brown to recover fraudulent transfers 20-35
08/11/20  Clerk's entry of default
          Motion for Final Judgment
06/12/20  Adversary vs. Nic Van Varenberg to recover fraudulent transfers 20-36
08/11/20  Clerk's entry of default
          Motion for Final Judgment
08/14/20  Debtor's Motion to continue trial
08/17/20  Trustee's Objection to Motion to continue trial
09/21/20  Motion to approve settlement of adversaries
10/09/20  Application to employ auctioneer
10/13/20  Order granting application to employ auctioneer
10/29/20  Order approving compromise
```

Initial Projected Date of Final Report (TFR): 12/15/2019    Current Projected Date of Final Report (TFR): 09/30/2021

Trustee Signature:    /s/ Marie E. Henkel    Date: 10/30/2020

Marie E. Henkel
3560 S. Magnolia Ave.
Orlando, FL  32806
(407) 438-6738
mehenkel@yahoo.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  
Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2020  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100 Checking  
Blanket Bond (per case limit): $22,502,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | | | | | $0.00 |
| | | No Transactions | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | | ACCOUNT BALANCE |
|---|---|---|---|---|
| XXXXXX2100 - Checking | $0.00 | $0.00 | | $0.00 |
| | $0.00 | $0.00 | | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand | |

Total Allocation Receipts: $0.00
Total Net Deposits: $0.00
Total Gross Receipts: $0.00

Trustee Signature:   /s/ Marie E. Henkel    Date: 10/30/2020

Marie E. Henkel
3560 S. Magnolia Ave.
Orlando, FL  32806
(407) 438-6738
mehenkel@yahoo.com

Page Subtotals:    $0.00    $0.00