Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-03643 | GER | Judge: | Grace E. Robson | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Darcy L. LaPier | | | | Date Filed (f) or Converted (c): | 06/18/2018 (f) |
| | | | | | 341(a) Meeting Date: | 07/24/2018 |
| For Period Ending: | 09/30/2025 | | | | Claims Bar Date: | 10/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Iphone | 400.00 | 0.00 | | 0.00 | FA |
| 2. Women's Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Wedding Ring; 2 Turquoise Rings; Miscellaneous Costume Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 2 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 5. Washington Federal Bank; Acct# 3790 | 100.00 | 0.00 | | 0.00 | FA |
| 6. Horses (u) | 0.00 | 42,500.00 | | 41,000.00 | FA |
| 7. 2006 Platinum Horse Trailer (u) | 0.00 | 17,500.00 | | 13,600.00 | FA |
| 8. 15' Premium Dump Trailer (u) | 0.00 | 3,300.00 | | 4,010.00 | FA |
| 9. 2007 Freightliner (u) | 0.00 | 63,000.00 | | 48,200.00 | FA |
| 10. 2016 Cadillac Escalade (u) | 0.00 | 41,277.00 | | 31,700.00 | FA |
| 11. (2) Saddles (u) | 0.00 | 1,300.00 | | 1,200.00 | FA |
| 12. Horse Tack (u) | 0.00 | 1,200.00 | | 1,176.00 | FA |
| 13. Kitchenware (u) | 0.00 | 300.00 | | 200.00 | FA |
| 14. Woodard Outdoor Wicker Set (u) | 0.00 | 950.00 | | 931.00 | FA |
| 15. Small Woodard Wicker Set (u) | 0.00 | 250.00 | | 240.00 | FA |
| 16. Silver-toned statue of horse & woman (u) | 0.00 | 650.00 | | 600.00 | FA |
| 17. Collection of religious icons & paintings (u) | 0.00 | 4,500.00 | | 4,410.00 | FA |
| 18. "The Lady" oil painting (u) | 0.00 | 1,500.00 | | 1,000.00 | FA |
| 19. Large family portrait (u) | 0.00 | 4,500.00 | | 4,000.00 | FA |
| 20. "A Good Time" oil painting (u) | 0.00 | 2,500.00 | | 2,121.00 | FA |
| 21. Horses oil painting (u) | 0.00 | 600.00 | | 588.00 | FA |
| 22. 80 pair of woman's designer shoes (u) | 0.00 | 2,800.00 | | 2,744.00 | FA |
| 23. 51 pair sunglasses (u) | 0.00 | 510.00 | | 500.00 | FA |

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-03643 | GER | Judge: | Grace E. Robson | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Darcy L. LaPier | | | | Date Filed (f) or Converted (c): | 06/18/2018 (f) |
| | | | | | 341(a) Meeting Date: | 07/24/2018 |
| For Period Ending: | 09/30/2025 | | | | Claims Bar Date: | 10/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Christian Lacroix sunglasses (u) | 0.00 | 100.00 | | 98.00 | FA |
| 25. 13 Designer Handbags (u) | 0.00 | 3,085.00 | | 3,023.00 | FA |
| 26. 70 Rodeo/Western Shirts (u) | 0.00 | 2,100.00 | | 2,058.00 | FA |
| 27. 25 Bandanas & Scarves (u) | 0.00 | 125.00 | | 122.00 | FA |
| 28. 7 pair leather rodeo gloves (u) | 0.00 | 280.00 | | 274.00 | FA |
| 29. 50 pair designer jeans (u) | 0.00 | 1,750.00 | | 1,715.00 | FA |
| 30. 2015 Bloomer Horse Trailer (u) | 0.00 | 68,000.00 | | 52,000.00 | FA |
| 31. Proceeds from sale by Debtor of 2008 Bloomer Horse Trailer (u) | 0.00 | 25,000.00 | | 38,000.00 | FA |
| 32. Airline miles account (u) | 0.00 | 500.00 | | 500.00 | FA |
| 33. Fraudulent Transfer Action vs. Sterling Rice (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 34. Jewelry & Watches recovered by federal marshalls (u) | 0.00 | 350,000.00 | | 290,700.00 | FA |
| 35. 1% interest in HIP Management (u) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 36. MIsc. Jewelry turned over by debtor's criminatl attorney (u) | 0.00 | 500.00 | | 5,114.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,500.00 | $910,577.00 | | $821,824.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

07/11/18 Notice of Asset
09/22/18 Motion to extend time to object to discharge
10/12/18 Application to employ special counsel (Gray Reed & McGraw)
10/15/18 Order authorizing employment of special counsel (Gray Reed & McGraw)
10/16/18 Notice of 2004 exam of debtor (11/19/18 @ 9am)
11/16/18 Application to employ special counsel (M E Henkel PA)
          Notice of rescheduled 2004 exam of debtor

11/20/18 Motion to appear pro hac by Micheal W. Bishop, Amber M. Carson & Lydia R. Webb
        Order granting application to employ special counsel
12/06/18 2nd Agreed Motion to extend time to object to discharge
01/18/19 Order granting 2nd Agreed Motion to extend time to object to discharge
02/20/19 3rd Agreed Motion to extend time to object to discharge
03/15/19 Order granting 3rd Agreed Motion to extend time to object to discharge
03/29/19 Complaint objecting to discharge 19-ap-107
05/23/19 Complaint seeking to establish alter ego 19-ap-193
06/25/19 Debtor's motion for extension of time to respond to adversary 19-193
07/10/19 Debtor's motion to dismiss adversary 19-ap-193
07/15/19 Agreed Motion to consolidate adversaries
07/18/19 Agreed Motion to extend time to respond to motion to dismiss adversary 19-193
07/29/19 Order granting agreed motion to consolidate adversaries
08/01/19 Agreed Order to consolidate adversaries
10/10/19 Application to employ appraiser
        Order approving application to employ appraiser
10/17/19 Agreed Order to allow filing of amended complaint
        Amended complaint for declaration of alter ego, determining property of the estate, turnover & accounting
Discovery ongoing - trial scheduled 4/27/2020
4 day trial scheduled to commence 9/24/2020
06/12/20 Adversary vs. Donna Brown to recover fraudulent transfers 20-35
08/11/20 Clerk's entry of default
        Motion for Final Judgment
06/12/20 Adversary vs. Nic Van Varenberg to recover fraudulent transfers 20-36
08/11/20 Clerk's entry of default
        Motion for Final Judgment
08/14/20 Debtor's Motion to continue trial
08/17/20 Trustee's Objection to Motion to continue trial
09/21/20 Motion to approve settlement of adversaries
10/09/20 Application to employ auctioneer
10/13/20 Order granting application to employ auctioneer
10/29/20 Order approving compromise
11/10/20 Claims review complete
10/02/23 Notice of Sale of misc. jewelry turned over by debtor
01/13/21 Motion to Sell personal property, horses, titled vehicles & financial accounts
02/10/21 Order approving sale of personal property, horses, titled vehicles and financial accounts
02/11/21 Motion to enforce judgment & for sanctions (hearing 03/11/21 @ 11:30 am)
03/01/21 Motion to approve compromise of Sterling Rice adversary
04/07/21 Application for interim compensation for special counsel
04/09/21 Order approving settlement of adversary vs. Sterling Rice
04/29/21 Report of Sale
        Application for interim compensation for auctioneer
06/29/21 Order approving interim application for compensation of special counsel
        Order approving interim application for compensation of auctioneer
07/08/21 Motion for authority to pay locksmith
07/26/21 Application to employ Buchalter firm as special (Oregon) counsel
08/03/21 Order granting Motion to pay locksmith
09/29/21 Application to employ appraiser  nunc pro tunc to June 30, 2021
10/14/21 Order approving Application to employ appraiser  nunc pro tunc to June 30, 2021
10/18/21 Application for interim compensation of appraiser
11/01/21 Final Fee Application for Daniel P. Larsen, Special Counsel
11/14/21 Order granting interim compensation of appraiser
12/16/21 Order approving interim compensation for special counsel, Daniel P Larsen
        Motion to Sell Jewelry & Watches
01/01/21 Revised Motion to Sell Jewelry & Watches as described on Exh A to motion
01/08/22 Notice of withdrawal of Motions to Sell Jewelry & Watches
        Application to employ auctioneer to sell jewelry & watches
01/09/22 Notice of Sale of jewelry & watches
01/10/22 Order approving application to employ auctioneer
01/27/22 Notice of Sale of 6 items of jewelry & watches

Page: 4

```
01/28/22 Application to employ auctioneer Cliff Shuler Auctioneers & Liquidators, Inc.
         Order approving application to employ auctioneer
02/02/22 2nd interim application for compensation of special counsel
02/22/22 Order approving sale of estate's interest in watches and jewelry by Dallas Auction Gallery
03/15/22 Order approving 2nd interim application for compensation of special counsel
03/22/22 Application for administrative expenses of Oxman
04/11/22 Report of Sale of watches & jewelry by Dallas Auction Gallery
04/12/22 3rd interim application for compensation by special counsel
04/18/22 Order approving application for expenses of Oxman
04/19/22 Application to employ Stout as investment banker
05/13/22 Order approving application to employ Stout
05/15/22 Report of Sale of watches & jewelry by Cliff Shuler Auctioneers & Liquidators, Inc.
06/06/22 2nd Motion for Sanctions vs. Debtor
06/24/22 Adversary 19-ap-193 vs. Debtor reopened
08/03/22 Order approving 3rd interim application for compensation of special counsel
09/21/22 Application to employ CPA
         Preliminary Order granting in part Trustee's 2nd motion for sanctions
09/22/22 Order approving application to employ CPA
10/07/22 Motion to approve compromise with HIP Management
11/03/22 Agreed Order approving Motion to approve compromise with HIP Management
11/28/22 4th interim application for compensation of special counsel
12/30/22 Order granting 4th interim application for compensation of special counsel
01/26/23 Notice of withdrawal of 2nd Motion for Sanctions
05/25/23 Speedy determination requested from IRS
         Estate return as of 02/28/2023 filed
10/03/23 Amended Notice of Sale of jewelry (auction 12/19/23)
01/05/24 Report of Sale
         Application for compensation of auctioneer
         Notice of Application for compensation of auctioneer
02/01/24 Interim Order granting application for compensation of auctioneer
Trustee is garnishing banks in debtor's area to collect on judgment
12/01/24 Special Counsel 2nd interim fee application
01/07/25 Order approving special counsel's 2nd interim fee application
Pending employment of collections agency for the judgments against debtor, her son & friend in Oregon
10/29/25 Application to employ collection agent
10/30/25 Order approving Application to employ collection agent
```

RE PROP #        34    --    Trustee initial value based upon appraisal less estimated auction fees and costs

Initial Projected Date of Final Report (TFR): 12/15/2019        Current Projected Date of Final Report (TFR): 12/15/2025

Trustee Signature:    /s/ Marie E. Henkel        Date: 10/31/2025

Marie E. Henkel
3560 S. Magnolia Ave.
Orlando, FL  32806
(407) 438-6738
mehenkel@yahoo.com

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-03643 | Trustee Name: Marie E. Henkel |
| Case Name: Darcy L. LaPier | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX2100 |
| | Checking |
| Taxpayer ID No: XX-XXX6426 | Blanket Bond (per case limit): $39,238,000.00 |
| For Period Ending: 09/30/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/20 | 31 | Snell & Snell Attorneys at Law<br>436 N Peninsula Dr<br>Daytona Beach, FL 32118 | Liquidated Asset Proceeds | 1229-000 | $25,000.00 | | $25,000.00 |
| 12/01/20 | 31 | Snell & Snell<br>436 N Peninsula Dr<br>Daytona Beach, FL 32118 | Liquidated Asset Proceeds | 1229-000 | $5,000.00 | | $30,000.00 |
| 12/01/20 | 31 | Snell & Snell<br>436 N Peninsula Dr<br>Daytona Beach, FL 32118 | Liquidated Asset Proceeds | 1229-000 | $5,000.00 | | $35,000.00 |
| 12/07/20 | 2001 | Clerk of the U S Bankruptcy Court (certified copies)<br>U S Bankruptcy Court<br>801 N. Florida Ave., Ste. 555<br>Tampa, FL 33602 | Certified copies<br>20-ap-35 & -36 | 2700-000 | | $24.50 | $34,975.50 |
| 12/23/20 | | Asset Management Specialists, Inc<br>P.O. Box 42491<br>Portland, OR 97242<br>(503) 233-7226 | SALE OF ASSET<br>02/10/21 Order approving sale | | $149,510.00 | | $184,485.50 |
| | | | Gross Receipts               $149,510.00 | | | | |
| | 7 | | 2006 Platinum Horse Trailer       $13,600.00 | 1229-000 | | | |
| | 8 | | 15' Premium Dump Trailer         $4,010.00 | 1229-000 | | | |
| | 9 | | 2007 Freightliner                $48,200.00 | 1229-000 | | | |
| | 10 | | 2016 Cadillac Escalade           $31,700.00 | 1229-000 | | | |
| | 30 | | 2015 Bloomer Horse Trailer       $52,000.00 | 1229-000 | | | |
| 01/05/21 | 31 | Snell & Snell Attorneys at Law<br>436 N Peninsula Dr<br>Daytona Beach, FL 32118 | Liquidated Asset Proceeds | 1229-000 | $3,000.00 | | $187,485.50 |
| 02/16/21 | | Asset Management Specialits, Inc.<br>P.O. Box 42491<br>Portland, OR 97242<br>(503) 233-7226 | SALE OF ASSET<br>02/10/21 Order approving sale | | $68,000.00 | | $255,485.50 |
| | | | Gross Receipts               $68,000.00 | | | | |

| | | | Page Subtotals: | | $255,510.00 | $24.50 | |

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  

Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | 6 | | Horses | $41,000.00 | 1229-000 | | | |
| | 11 | | (2) Saddles | $1,200.00 | 1229-000 | | | |
| | 12 | | Horse Tack | $1,176.00 | 1229-000 | | | |
| | 13 | | Kitchenware | $200.00 | 1229-000 | | | |
| | 14 | | Woodard Outdoor Wicker Set | $931.00 | 1229-000 | | | |
| | 15 | | Small Woodard Wicker Set | $240.00 | 1229-000 | | | |
| | 16 | | Silver-toned statue of horse & woman | $600.00 | 1229-000 | | | |
| | 17 | | Collection of religious icons & paintings | $4,410.00 | 1229-000 | | | |
| | 18 | | "The Lady" oil painting | $1,000.00 | 1229-000 | | | |
| | 19 | | Large family portrait | $4,000.00 | 1229-000 | | | |
| | 20 | | "A Good Time" oil painting | $2,121.00 | 1229-000 | | | |
| | 21 | | Horses oil painting | $588.00 | 1229-000 | | | |
| | 22 | | 80 pair of woman's designer shoes | $2,744.00 | 1229-000 | | | |
| | 23 | | 51 pair sunglasses | $500.00 | 1229-000 | | | |
| | 24 | | Christian Lacroix sunglasses | $98.00 | 1229-000 | | | |
| | 25 | | 13 Designer Handbags | $3,023.00 | 1229-000 | | | |
| | 26 | | 70 Rodeo/Western Shirts | $2,058.00 | 1229-000 | | | |
| | 27 | | 25 Bandanas & Scarves | $122.00 | 1229-000 | | | |
| | 28 | | 7 pair leather rodeo gloves | $274.00 | 1229-000 | | | |
| | 29 | | 50 pair designer jeans | $1,715.00 | 1229-000 | | | |

Page Subtotals: $0.00  $0.00

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  

Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $218.46 | $255,267.04 |
| 03/08/21 | 32 | Snell & Snell 436 N Peninsula Dr Daytona Beach, FL 32118 | Turnover | 1229-000 | $500.00 | | $255,767.04 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $282.29 | $255,484.75 |
| 04/20/21 | 33 | Ronald J. Rice 175 Ocean Shore Blvd. Ormond Beach, FL 32176 386-672-7577 | SETTLEMENT 04/09/21 Order approving compromise | 1241-000 | $20,000.00 | | $275,484.75 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $280.83 | $275,203.92 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $303.88 | $274,900.04 |
| 06/29/21 | | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Distribution 06/29/21 Order allowing administrative expenses subject to disgorgement | 3220-000 | $42,803.82 | | $317,703.86 |
| 06/29/21 | 2002 | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Distribution 06/29/21 Order allowing special counsel fees, subject to disgorgement | 3210-000 | | $85,084.83 | $232,619.03 |
| 06/29/21 | | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Distribution Reversal Improperly characterized transaction | 3220-000 | ($42,803.82) | | $189,815.21 |
| 06/29/21 | 2003 | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Distribution 06/29/21 Order allowing administrative expenses subject to disgorgement | 3220-000 | | $42,803.82 | $147,011.39 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $293.73 | $146,717.66 |
| | | | Page Subtotals: | | $20,500.00 | $129,267.84 | |

Page: 4

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  
Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  
Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/13/21 | 2004 | Clackamas County Clerk<br>1710 Red Soils Ct #110<br>Oregon City OR 97045 | Recording Fee<br>Donna Brown Judgment | 2700-000 | | $31.00 | $146,686.66 |
| 07/13/21 | 2005 | Yamhill County Clerk<br>414 NE Evans St<br>McMinnville OR 97128-4607 | Recording Fee<br>Nicholas Francois Van Varenberg Judgment | 2700-000 | | $31.00 | $146,655.66 |
| 07/15/21 | 2006 | Asset Management Specialists, Inc.<br>c/o Larry Oxman<br>8615 SW 8th Ave<br>Portland OR 97210 | Auctioneer's fee<br>06/29/21 Order granting Application for Interim Compensation Subject to Disgorgement (docket no. 106) | 3610-000 | | $32,626.50 | $114,029.16 |
| 07/15/21 | 2007 | Asset Management Specialists, Inc.<br>c/o Larry Oxman<br>8615 SW 8th Ave<br>Portland OR 97210 | Auctioneer's expenses<br>06/29/21 Order granting Application for Interim Compensation Subject to Disgorgement (docket no. 106) | 3620-000 | | $181.20 | $113,847.96 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $189.18 | $113,658.78 |
| 08/18/21 | 2008 | Atlasta Lock & Safe Co., Inc.<br>702 SE Grand<br>Portland OR 97214 | Distribution<br>08/03/21 Order granting Motion to pay locksmith (docket no. 113) | 2990-000 | | $525.00 | $113,133.78 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $125.50 | $113,008.28 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $120.79 | $112,887.49 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $124.64 | $112,762.85 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $120.49 | $112,642.36 |

Page Subtotals: $0.00  $34,075.30

Page: 5

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  
Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  
Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/13/21 | 2009 | Silver Lining Jewelry and Loan c/o Josh Oller 2122 NE Sandy Blvd Portland OR 97232 | Appraiser Fee 11/15/21 Order approving interim disbursement subject to disgorgement (docket 126) | 3711-000 | | $3,220.00 | $109,422.36 |
| 12/13/21 | 2010 | Silver Lining Jewelry and Loan c/o Josh Oller 2122 NE Sandy Blvd Portland OR 97232 | Appraiser Expenses 11/15/21 Order approving interim disbursement subject to disgorgement (docket 126) | 3712-000 | | $850.00 | $108,572.36 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $123.06 | $108,449.30 |
| 01/05/22 | 2011 | Buchalter c/o Daniel P. Larsen, Esq. 1000 Wilshire Blvd. Ste. 1500 Los Angeles CA 90017-1730 | 12/16/21 Order allowing interim compensation (docket no. 129) | 3210-000 | | $7,372.50 | $101,076.80 |
| 01/05/22 | 2012 | Buchalter c/o Daniel P. Larsen, Esq. 1000 Wilshire Blvd. Ste. 1500 Los Angeles CA 90017-1730 | 12/16/21 Order allowing interim compensation (docket no. 129) | 3220-000 | | $1,084.35 | $99,992.45 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.03 | $99,878.42 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.60 | $99,778.82 |
| 03/14/22 | 34 | Cliff Shuler Auctioneers & Liquidators, Inc. Attn. Debbie Shuler 422 Julia St. Titusville, FL 32796 | SALE OF ASSET 01/27/22 Notice of Sale | 1229-000 | $320.00 | | $100,098.82 |
| 03/30/22 | 2013 | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Special Counsel Fees 03/15/22 Order approving 2nd Application for interim fees subject to disgorgement (docket no. 147) | 3210-000 | | $6,660.00 | $93,438.82 |

Page Subtotals: $320.00   $19,523.54


Page: 6

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  
Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  
Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/22 | 2014 | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Special Counsel Expenses 03/15/22 Order approving 2nd Application for interim expenses subject to disgorgement (docket no. 147) | 3220-000 | | $19,630.52 | $73,808.30 |
| 03/31/22 | | Dallas Auction Gallery 2223 Monitor St Dallas TX 75207 | SALE OF ASSET 02/22/22 Order approving sale | | $286,682.49 | | $360,490.79 |
| | | | Gross Receipts $288,300.00 | | | | |
| | | Dallas Auction Gallery | Auctioneer's expenses ($1,617.51) | 3620-000 | | | |
| | 34 | | Jewelry & Watches recovered by federal marshalls $288,300.00 | 1229-000 | | | |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $120.58 | $360,370.21 |
| 04/06/22 | 34 | Dallas Auction Gallery 2223 Monitor St Dallas TX 75207 | SALE OF ASSET 02/22/22 Order approving sle | 1229-000 | $1,550.00 | | $361,920.21 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $392.05 | $361,528.16 |
| 05/03/22 | 2015 | Asset Management Specialists, Inc. c/o Larry Oxman 8615 SW 8th Ave Portland OR 97210 | Agent's Expenses 04/18/22 Order allowing administrative expenses subject to disgorgement (docket no. 153) | 3620-000 | | $737.65 | $360,790.51 |
| 05/15/22 | 34 | Cliff Shuler Auctioneers & Liquidators, Inc. Attn. Debbie Shuler 422 Julia St. Titusville, FL 32796 | SALE OF ASSET 01/27/22 Notice of Sale | 1229-000 | $530.00 | | $361,320.51 |
| 05/29/22 | 2016 | Stout Risius Ross, LLC P O Box 71770 Chicago, IL 60694-1770 | Retainer for Investment Banker Services 05/13/22 Order approving application to employ Stout Risius Ross LLC (docket no. 158) | 3991-000 | | $35,000.00 | $326,320.51 |
| | | | Page Subtotals: | | $288,762.49 | $55,880.80 | |

Page: 7

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-03643  
Case Name: Darcy L. LaPier  
Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  
Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $399.04 | $325,921.47 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $354.48 | $325,566.99 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $359.46 | $325,207.53 |
| 08/18/22 | 2017 | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Special Counsel Fees 08/03/22 Order approving 3rd interim application | 3210-000 | | $95,116.72 | $230,090.81 |
| 08/18/22 | 2018 | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Special Counsel Expenses 08/03/22 Order approving 3rd interim application | 3220-000 | | $1,109.30 | $228,981.51 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $335.07 | $228,646.44 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $244.31 | $228,402.13 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $252.20 | $228,149.93 |
| 11/22/22 | 35 | HIP Management | SALE OF ASSET | 1229-000 | $250,000.00 | | $478,149.93 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $323.91 | $477,826.02 |
| 12/30/22 | 2019 | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Special Counsel Fees 12/30/22 Order approving 4th interim application (subject to disgorgement) | 3210-000 | | $83,250.00 | $394,576.02 |

Page Subtotals: $250,000.00   $181,744.49

Page: 8

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  
Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  
Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/22 | 2020 | Gray Reed & McGraw LLP c/o Micheal Bishop, Esq. 1601 Elm St. Ste. 4600 Dallas, TX 75201 | Special Counsel Expenses 12/30/22 Order approving 4th interim application (subject to disgorgement) | 3220-000 | | $188.00 | $394,388.02 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $527.57 | $393,860.45 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $449.76 | $393,410.69 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $392.33 | $393,018.36 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $433.94 | $392,584.42 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $419.50 | $392,164.92 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $432.99 | $391,731.93 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $418.56 | $391,313.37 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $432.08 | $390,881.29 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $431.58 | $390,449.71 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $417.19 | $390,032.52 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $430.65 | $389,601.87 |

Page Subtotals: $0.00    $4,974.15

Page: 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-03643　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Marie E. Henkel
Case Name: Darcy L. LaPier　　　　　　　　　　　　　　　　　　Bank Name: Axos Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX2100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX6426　　　　　　　　　　Blanket Bond (per case limit): $39,238,000.00
For Period Ending: 09/30/2025　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $416.29 | $389,185.58 |
| 01/02/24 | 36 | Cliff Shuler Auctioneers & Liquidators, Inc. Attn. Debbie Shuler 422 Julia St. Titusville, FL 32796 | SALE OF ASSET 10/03/23 Amended Notice of Sale | 1229-000 | $5,114.00 | | $394,299.58 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $429.70 | $393,869.88 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $434.71 | $393,435.17 |
| 02/16/24 | 2021 | Cliff Shuler Auctioneers & Liquidators, Inc. Attn. Debbie Shuler 422 Julia St. Titusville, FL 32796 | Auctioneer's fee 02/01/2024 Interim Order granting compensation to auctioneer (docket no. 182) | 3991-000 | | $511.40 | $392,923.77 |
| 02/16/24 | 2022 | Cliff Shuler Auctioneers & Liquidators, Inc. Attn. Debbie Shuler 422 Julia St. Titusville, FL 32796 | Auctioneer's expenses 02/01/2024 Interim Order granting compensation to auctioneer (docket no. 182) | 3992-000 | | $1,254.65 | $391,669.12 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $405.80 | $391,263.32 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $432.00 | $390,831.32 |
| 04/17/24 | 2023 | International Sureties Ltd 701 Poydras St. #420 New Orleans LA 70139 | Payment of 2024 Bond | 2300-000 | | $354.72 | $390,476.60 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $417.49 | $390,059.11 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $430.67 | $389,628.44 |

　　　　　　　　　　　　　　　　　　　Page Subtotals:　　　　　　　　$5,114.00　　$5,087.43

Page: 10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  
Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  
Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $416.35 | $389,212.09 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $429.73 | $388,782.36 |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $429.26 | $388,353.10 |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $414.98 | $387,938.12 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $428.34 | $387,509.78 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $414.05 | $387,095.73 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $427.41 | $386,668.32 |
| 01/22/25 | 2024 | Buchalter c/o Daniel P. Larsen, Esq. 1000 Wilshire Blvd. Ste. 1500 Los Angeles CA 90017-1730 | Special Counsel Fees 01/08/25 Interim Order granting application for compensation | 3210-000 | | $10,477.50 | $376,190.82 |
| 01/22/25 | 2025 | Buchalter c/o Daniel P. Larsen, Esq. 1000 Wilshire Blvd. Ste. 1500 Los Angeles CA 90017-1730 | Special Counsel Expenses 01/08/25 Interim Order granting application for compensation | 3220-000 | | $1,832.78 | $374,358.04 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $426.06 | $373,931.98 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $372.94 | $373,559.04 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $412.48 | $373,146.56 |

Page Subtotals: $0.00 $16,481.88

Page: 11

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-03643  
Case Name: Darcy L. LaPier  
Taxpayer ID No: XX-XXX6426  
For Period Ending: 09/30/2025  

Trustee Name: Marie E. Henkel  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX2100  
Checking  
Blanket Bond (per case limit): $39,238,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/16/25 | 2026 | International Sureties Ltd<br>701 Poydras St<br>Ste. 420<br>New Orleans, LA 70139 | 2025 Bond disbursement | 2300-000 | | $216.96 | $372,929.60 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $398.64 | $372,530.96 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $411.32 | $372,119.64 |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $397.62 | $371,722.02 |
| 07/14/25 | | Stout Risius Ross, LLC<br>P O Box 71770<br>Chicago, IL 60694-1770 | Partial Refund of Retainer | 3991-000 | | ($14,107.50) | $385,829.52 |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $419.47 | $385,410.05 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $425.53 | $384,984.52 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $820,206.49 | $435,221.97 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $820,206.49 | $435,221.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $820,206.49 | $435,221.97 |

Page Subtotals: $0.00  ($11,837.96)

Page: 12

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2100 - Checking | $820,206.49 | $435,221.97 | $384,984.52 |
|  | $820,206.49 | $435,221.97 | $384,984.52 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,617.51 |
| Total Net Deposits: | $820,206.49 |
| Total Gross Receipts: | $821,824.00 |

Trustee Signature:  /s/ Marie E. Henkel    Date: 10/31/2025

Marie E. Henkel
3560 S. Magnolia Ave.
Orlando, FL  32806
(407) 438-6738
mehenkel@yahoo.com

Page Subtotals:    $0.00    $0.00